Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:09-mj-00174-YNP |
| Plaintiff, ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. ) | |
| RONALD H. CHONG, ) | |
| Defendant. ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: April 5, 2010          NATIONAL PARK SERVICE


                                          /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Acting Legal Officer


IT IS SO ORDERED.

Dated:   **April 7, 2010**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1